**Order entered October 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01139-CR

**OLATUNDE ANTONIO ADEPEGBA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 416-80446-2015**

## ORDER

The Court **GRANTS** court reporter Susan Maienschein's October 7, 2015 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Maienschein to file the reporter's record within **FORTY-FIVE (45) DAYS** from the date of this order.

We **ORDER** the Collin County District Clerk to file the clerk's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/     ADA BROWN
          JUSTICE